[No. 14943-9-III.    Division Three.    January 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY
ALLEN COOPER, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 95-1-00411-4, Kathleen M. O'Connor,
J., entered May 30, 1995. *Affirmed* by unpublished opinion
per Sweeney, C.J., concurred in by Schultheis, J., and
Munson, J. Pro Tem.

[No. 34428-5-I.    Division One.    January 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY
LOUISE ROLAND, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-06193-1, Donald D. Haley, J., entered
March 25, 1994. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Grosse and Agid, JJ.

[Nos. 35444-2-I; 35504-0-I.    Division One.    January 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS
LEE DETAMORE, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
DON HEMINGER, *Appellant*.

Appeal from judgments of the Superior Court for King
County, Nos. 93-1-07321-2, 93-1-07323-9, Faith Enyeart
Ireland, J., entered October 10, 1994. *Affirmed* by unpub-
lished per curiam opinion.

[No. 35937-1-I.    Division One.    January 21, 1997.]

MARVEN D. SANDVEN, *Appellant*, v. ASSOCIATED SAND
AND GRAVEL COMPANY, *Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 92-2-05118-2, Joseph A. Thibodeau, J.,
entered December 14, 1994. *Affirmed* by unpublished
opinion per Agid, J., concurred in by Grosse and Cox, JJ.